BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA IBARRA,<br><br>                     Plaintiff,<br><br>v.<br><br>TULARE REGIONAL MEDICAL CENTER; DAVID SMITH; DOUGLAS MIDDLETON; UNITED STATES OF AMERICA,<br><br>                     Defendants. | CASE NO. 1:16-cv-00339-LJO-BAM<br><br>**STIPULATION TO DISMISS THE UNITED STATES WITHOUT PREJUDICE; AND ORDER REMANDING CASE TO THE SUPERIOR COURT FOR THE COUNTY OF TULARE**<br><br>[Fed. R. Civ. P. 41] |

      Plaintiff Angelina Ibarra, by and through her attorney of record, and the United States, by and through its attorneys of record, hereby stipulate to dismissal of the United States without prejudice.  Each party shall bear their own costs and fees.

      The parties agree that plaintiff will file an administrative tort claim, which includes a sum certain, with the Department of Health and Human Services.  Plaintiff recognizes that, under 28 U.S.C. § 2401(b), he must file his administrative tort claim within two years of the date of injury. DHHS agrees to process that administrative tort claim and not contend that he has already filed an administrative tort claim.  If and when that administrative tort claim is denied by DHHS, plaintiff

1 recognizes that, under 28 U.S.C. § 2401(b), he must file his district court action, if any, within 6 months after the date of mailing of DHHS's denial letter.

The United States has no objection to the Court's remanding the remaining claims against the non-federal defendants (Tulare Regional Medical Center, David Smith, and Douglas Middleton) to the Superior Court of Tulare County (Court Case No.: VCU 262492).

Respectfully submitted,

Dated:  March 30, 2016                     */s/ Martin Malkasian*
                                           MARTIN MALKASIAN
                                           Attorney for Plaintiff


Dated:  March 30, 2016                     BENJAMIN B. WAGNER
                                           United States Attorney


                                    By:    */s/ Edward A. Olsen*
                                           EDWARD A. OLSEN
                                           Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  The Clerk of Court is directed to REMAND this case to the Superior Court for the County of Tulare, as there subject matter jurisdiction in this Court no longer exists.

IT IS SO ORDERED.

   Dated:   **April 4, 2016**                         */s/ Lawrence J. O'Neill*
                                                      UNITED STATES DISTRICT JUDGE

2